GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, Appellant, v MICHELE M. KLOCK et al., Respondents. [639 NYS2d 759]

 Present—
Green, J. P., Pine, Fallon, Doerr and Davis, JJ.